JOEL D. SIEGEL (Bar No. 259571)
joel.siegel@dentons.com
PAUL M. KAKUSKE (Bar No. 190911)
paul.kakuske@dentons.com
POOJA L. SHAH (Bar No. 330550)
pooja.l.shah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

TIMOTHY E. HAYES (*pro hac vice* forthcoming)
thayes@tehayes.com
TIMOTHY E. HAYES & ASSOCIATES L.C.
231 S. Bemiston Ave., Suite 950
St. Louis, MO 63105
Tel: (314) 726-6767 / Fax: (314) 726-6765

Attorneys for Defendant
SUPER BRIGHT LEDS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUPER BRIGHT LEDS INC.,<br><br>　　　　　Defendant. | Case No. 5:23-CV-01148 JAK (SPx)<br><br>**DEFENDANT SUPER BRIGHT LEDS INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF SONYA VALENZUELA'S COMPLAINT**<br><br>Date:　　September 25, 2023<br>Time:　　8:30 a.m.<br>Ctrm:　　10B<br>Judge:　　Hon. John A. Kronstadt<br><br>Action Filed: June 15, 2023<br>Trial Date:　None Set |

- 1 -

**TO THE COURT, DEFENDANT, AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 25, 2023, at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 10B of the above-entitled Court, located at First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, Defendant Super Bright LEDS Inc. ("Super Bright" or "Defendant"), through its counsel, will and hereby does respectfully move this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted.

Pursuant to L.R. 7-3, this motion is made following the conference of counsel which took place on August 10, 2023 via teleconference.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, and Request for Judicial Notice, the pleadings and papers on file in this action, and such other matters as the Court may take judicial notice or consider relevant.

Dated:  August 17, 2023          Respectfully submitted,

By: */s/  Joel D. Siegel*
    Joel D. Siegel
    Paul M. Kakuske
    Pooja L. Shah
    DENTONS US LLP

    Timothy E. Hayes
    TIMOTHY E. HAYES & ASSOCIATES, L.C.

    Attorneys for Defendant
    SUPER BRIGHT LEDS INC.

124529202